226 So.2d 525

**Robert E. PIPER**

**v.**

**John R. NEYREY.**

No. 49965.

Oct. 1, 1969.

In re: John R. Neyrey applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment.

226 So.2d 525

**Frank Harold LINDSAY**

**v.**

**The LUMMUS COMPANY et al.**

No. 49968.

Oct. 1, 1969.

In re: Frank Harold Lindsay applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 222 So.2d 549.

Application denied. The result is correct.